# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-146-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| RODNEY BRUCE MILLER, | |
| Defendant. | |

Upon the United States' Unopposed Motion to Dismiss Indictment (Doc. 26), and for good cause appearing,

IT IS HEREBY ORDERED the indictment against Rodney Bruce Miller is **DISMISSED WITHOUT PREJUDICE.**

IT IS FURTHER ORDERED that the trial scheduled for June 29, 2026 is **VACATED.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this _11th_ day of May, 2026.

_____
SUSAN P. WATTERS
United States District Court Judge